197 So.2d 79

**Marie Josephine COURVILLE, individually and on behalf of her minor children**

**v.**

**STATE FARM MUTUAL AUTOMOBILE IN-SURANCE COMPANY and Succession or unknown heirs of Lawrence Pellerin.**

No. 48633.

April 14, 1967.

In re: Marie Josephine Courville, individually and on behalf of her minor children applying for certiorari or writ of review, to the Court of Appeal, Third Circuit, Parish of Lafayette. 194 So.2d 797.

Writ refused.

There appears no error of law in the judgment of the Court of Appeal.

197 So.2d 80

**Raymond BROWN et al.**

**v.**

**B & G CRANE SERVICE, INC., and/or Sun Erection Co., Inc., et al.**

No. 48637.

April 14, 1967.

In re: Great American Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 194 So.2d 746.

Writ refused. On the factual finding of the Court of Appeal, there is no error of law in its judgment.